*April 10, 2017*

2017-Ohio-1341.]

**2017–0474.   McGirr v. Winkler.**
In Prohibition. Sua sponte, respondent ordered to file a response, if any, to the motion for emergency stay no later than 10:00 a.m. on Thursday, April 13, 2017.